USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                     :

JAMES SMITH,                    :

                                   :

                          Plaintiff,  :                    1:26-cv-588-GHW

                                   :

            -against-        :

                                   :                     ORDER

CFSB BANCORP, INC., *et al.*,     :

                                   :

                     Defendants.  :

                                   :

-------------------------------------------------------------- :
                                   X

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of New York, on January 22, 2026  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than February 5, 2026  Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case.  Counsel for Defendants is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated:  January 25, 2026
         New York, New York

                                  _____
                                     GREGORY H. WOODS
                                 United States District Judge